

P.O. Box 480
Belton, Texas 76513

(254) 933-5160
Fax (254) 933-5176

email: shelley.coston@co.bell.tx.us

# Shelley Coston
*Bell County Clerk*

December 14, 2015

Clerk
Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

RE: Cause No. 82,888    Cause No. 03-15-00698-CV

Armadillo Properties, for Lina Roberts vs. Joan Hughes and all other Occupants

Dear Sir or Madam:

I'm requesting a 30 day extension to complete this request. Please advise our office if the extension will be granted or not as soon as possible.

Thank you for your assistance.

Sincerely yours,

SHELLEY COSTON
County Clerk
Bell County, Texas

BY: *Alul more*
Deputy Clerk

cc:
Ms. Joan Hughes
1205 North 4th Street #1
Killeen, Texas 76541

Armadillo Properties for Lina Roberts
2602 E. Hwy 190
Copperas Cove, Texas 76522